**FILED**

JUL - 9 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DECLAN NOEL O'SHEA (1),<br><br>       Defendant. | Criminal Case No. 04CR0666-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment and Superseding Indictment in the above entitled case against defendant Declan Noel O'Shea are **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

Dated: 7-9-13

_____
MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT